IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Angela DeSantiago,

        Plaintiff,

vs.                              Case No. 1:12-cv-01306-RHS-WDS

Loan Today 2, Inc.,

        Defendant.

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

     The court, having considered Plaintiff's Motion for Default Judgment filed July 2, 2013 (Doc. 7) and having held a hearing on the Motion on October 1, 2013, **GRANTS** Default Judgment against Defendant Loan Today 2, Inc.

     **IT IS HEREBY ORDERED** entering judgment against Defendant, Loan Today 2, Inc. pursuant to the Truth in Lending Act and its implementing Regulation Z (collectively "TILA"), in the amount of four thousand four hundred sixteen dollars and seventy two cents ($4,416.72), representing statutory damages in the amount of one thousand four hundred sixty-eight dollars and forty cents ($1,468.40), 15 U.S.C. §1640(a)(2)(A), two thousand four hundred eighty-five dollars and fifty cents ($2,485.50) in attorney fees and four hundred sixty-two

dollars and eighty-two cents ($462.82) for court costs to date payable to Plaintiff's counsel.

SO ORDERED.

Dated November1, 2013.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation